FILED

APR 2 5 2016

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER  16-MJ-6003-CSP |
| | ) | |
| JEREMY R. COLWELL, | ) | |
| | ) | Title 18, United States Code |
| | ) | Section 1038(a)(1). |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Sanela Konjevic, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## CONVEYING A FALSE THREAT

On or about February 16, 2016, in Madison County, within the Southern District of Illinois,

## JEREMY R. COLWELL,

defendant, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be in violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, COLWELL faxed a note to Alton Police Department in Alton, Illinois, indicating the following:

> There will be a very large bomb detonated inside of The Home Depot in Alton today at appropriately 0900. Please take this correspondence seriously as hundreds of peoples lives are at stake. I need the store closed and employees sent home.
> I'll be forwarding this message to all local and federal authorities.
> Thank you.

COLWELL faxed another note to The Home Depot in Alton, Illinois, indicating the following:

> There will be a very large bomb detonated inside of The Home Depot on Alton today at approximately 0900. Please take this correspondence seriously as hundreds of peoples lives are in danger. I need the store closed and employees sent home.
> I'll be forwarding this message to all local and federal authorities
> Thank you

All in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 2

## CONVEYING A FALSE THREAT

On or about April 2, 2016, in Madison County, within the Southern District of Illinois,

### JEREMY R. COLWELL,

defendant, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be in violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, COLWELL sent an email to FOX 2, KTVI NEWS in St. Louis, Missouri, indicating the following:

> A very large bomb will be set off at The Home Depot in Alton IL before the close of business today, 4/02/16.
> I want all employees sent home, and the store blocked off.

> Many people's lives are in danger, so please take this matter seriously.
> This message is being forwarded to all government agencies.

All in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 3

## CONVEYING A FALSE THREAT

On or about April 4, 2016, in Madison County, within the Southern District of Illinois,

## JEREMY R. COLWELL

defendant, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be in violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, COLWELL faxed a note to The Home Depot in Alton, Illinois, indicating the following:

> A very large bomb will be detonated today, 02/04/2016 at The Home Depot in Alton IL, before the close of business. Please take this matter seriously, as many peoples lives are in danger. **All employees are to be sent home.** This message is being forwarded to all government and police authorities.

COLWELL faxed another note to the Federal Bureau of Investigation office in Springfield, Illinois, indicating the following:

> A very large bomb will be detonated at The Home Depot in Alton within the next few hours. Please take this matter seriously, as many lives are in danger. This message is being forwarded to all news and government authorities.

All in violation of Title 18, United States Code, Section 1038(a)(1).

## AFFIDAVIT

I, Sanela Konjevic, am a Special Agent with the FBI, having been so employed since February 2011. I am vested with the authority to investigate violations of State and Federal law. I have investigated hundreds of cases involving violent crimes.

This affidavit is made in support of a criminal complaint and arrest warrant. The statements contained in this affidavit are based upon information of my own personal knowledge, as well as information derived from reports and information related to me by other law enforcement officers involved in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this arrest, this affidavit does not contain every fact known to me during the course of this investigation. In support of this Criminal Complaint, after being duly sworn, I state the following:

1. On February 16, 2016, at approximately 6:18 a.m., Alton Police Department (APD) Sergeant Michael Gordon was provided with two facsimiles containing a threat against The Home Depot store in Alton, Illinois. The facsimiles were discovered by APD Dispatcher Newberry. The facsimiles threatened that "There will be a very large bomb detonated inside of The Home Depot in Alton today at appropriately 0900." and that "...hundreds of peoples lives are at stake." Both facsimiles were almost identical. The only difference was one facsimile was sent at 4:08 a.m. and listed the sender's email as DanielThomas1@yahoo.com and one facsimile was sent at 4:10 a.m. and listed the sender's email as Counihanke@gmail.com .

2. On February 16, 2016, Sergeant Gordon notified APD Street Supervisor Sergeant Joel Bromaghim of a potential bomb threat. Sergeant Bromaghim and other officers

- 4 -

responded to The Home Depot store located at 1710 Homer Adams Parkway, located in Alton, Illinois. The store was evacuated and the search of the building was conducted. No suspicious devices were located.

3. On April 2, 2016, Police Officer Jennifer Doty was contacted by FOX 2 KTVI News reporter Paddy McPhillips, via telephone, regarding a suspicious email received on FOX 2 News tip emails. The email threatened that "A very large bomb will be set off at The Home Depot in Alton IL before the close of business today, 4/02/16." and that "...Many people's lives are in danger..." The email was sent from Daniel Thomas using email address 1thomasdan@gmail.com.

4. On April 2, 2016, Officers responded to The Home Depot store, located at 1710 Homer Adams Parkway, located in Alton, Illinois and conducted a search of the store. No suspicious devices were located.

5. On April 4, 2016, APD was notified of a possible bomb threat at The Home Depot store at 1710 Homer Adams Parkway, located in Alton, Illinois. The Home Depot store manager Christian G. Godwin discovered the facsimile containing the threat on April 4, 2016. The facsimile threatened "A very large bomb will be detonated today, 02/04/16 at The Home Depot in Alton, IL, before the close of business..." and that "...many peoples lives are in danger..." The facsimile listed the sender as Daniel Thomas with email address 1thomasdan@gmail.com.

6. On April 4, 2016, FBI Springfield Division Operations Center received a facsimile containing a threat against The Home Depot in Alton. The facsimile threatened that "A very large bomb will be detonated at The Home Depot in Alton within the next few

hours..." and that "...many lives are in danger." The facsimile listed the sender as Daniel Thomas with the email address 1thomasdan@gmail.com.

7. On April 4, 2016, The Home Depot store was evacuated. Secretary of State Police Bomb Squad responded with their K9s and conducted a search of the building with negative results.

8. On April 14, 2016, investigation revealed that the email address of Counihanke@gmail.com was used by JEREMY R. COLWELL. APD Detective Joseph Splittorff and Detective Sergeant Jarrett M. Ford located and interviewed COLWELL. During the interview, COLWELL admitted to sending the bomb threats on three different dates. COLWELL sent the threats via a free fax website from his cellular telephone and also by sending an email via his cellular telephone. COLWELL admitted to sending threats via facsimile to APD, FBI Springfield office, and The Home Depot store. COLWELL admitted to sending threats via email to a St. Louis news organization. COLWELL stated he used the name Daniel Thomas as the sender in his threats and advised Daniel Thomas was a name he made up. COLWELL stated he used two email addresses he created using the names Kevin Counihan and Daniel Thomas. COLWELL could not remember exact words he used but the threat message was that there was going to be a bomb set off and that all employees are to be sent home. COLWELL said he was told by an employee from The Home Depot that there was a bomb threat at the store and that the police had K9s at the store.

9. On April 15, 2016, Detective Splittorff, met with Madison County Assistant State's Attorney Chad Loughery and advised him of the investigation. Madison County

Assistant State's Attorney Chad Loughery authorized issuance of a Criminal Information charging COLWELL with three counts of Disorderly Conduct – False Report of a Bomb. Subsequently, Judge Hightower signed the arrest warrant and set bond at $90,000.00

FURTHER YOUR AFFIANT SAYETH NAUGHT.

SANELA KONJEVIC,
Special Agent, Federal Bureau of Investigation

State of Illinois    )
                     )  SS.
County of St. Clair  )

Sworn to before me and subscribed in my presence on the 25TH day of April 2016, in East St. Louis, Illinois.

CLIFFORD J. PROUD
United States Magistrate Judge
Southern District of Illinois

JAMES L. PORTER
Acting United States Attorney

DANIEL T. KAPSAK
Assistant United States Attorney