# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ vs. _____
FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): **Jeremy R. Colwell**

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 16-MJ-06005-CPJ-1
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor
**18: 2332(f) x 3**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No   ☒ Am Self Employed
Name and address of employer: research lab.
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment. How much did you earn per month $600
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $_____   Food Stamps

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT $_____

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | APARTMENT OR HOME | Total Debt | Monthly Payt. |
|---|---|---|---|
| Utilities | | $ | $600 |
| Cell | | $ | $50 |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]   4/26/16

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.