PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Jeremy R. Colwell         Docket No. 0754 3:16CR30059-001

                                             Register Number: 13295-025

Name of Sentencing Judicial Officer:  Honorable Nancy J. Rosenstengel, Chief U.S. District Court

Date of Original Sentence:  September 20, 2016

Original Offense:    Cts. 1, 2, & 3: Conveying a False Threat

Original Sentence:   Cts. 1, 2, & 3: 15 Months' Bureau of Prisons; followed by a 3-Year Term of Supervised Release, all such Counts to run concurrently

Type of Supervision:  Supervised Release        Date Supervision Commenced:  May 16, 2017

Custody Status:   Mr. Colwell is considered an absconder and his whereabouts are unknown.

Assistant U.S. Attorney:  Daniel T. Kapsak         Defense Attorney:  David L. Brengle

## PETITIONING THE COURT

[ X ]   To issue a **WARRANT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not commit another federal, state or local crime. |
| | On February 8, 2018, Mr. Colwell committed the offense of Passing Bad Checks. |
| | On March 17, 2018, Mr. Colwell committed the offense of Passing Bad Checks. |
| | On April 23, 2018, Mr. Colwell committed the offense of Passing Bad Checks. |
| | On July 9, 2018, Mr. Colwell committed the offense of Operating a Motor Vehicle While Using an Electronic Communication Device. |
| | On July 10, 2018, Mr. Colwell committed the offense of False Statements, when questioned about pending charges. |
| | On September 14, 2018, Mr. Colwell committed the offense of False Statements, when questioned about housing. |

**Offender Name:  Jeremy R. Colwell**
**Docket Number:  0754 3:16CR30059-001**

On October 9, 2018, Mr. Colwell committed the offenses of No Proof of Insurance and No Brake Light When Stop.

On December 2, 2018, Mr. Colwell committed the offenses of No Insurance, Defective Equipment, and Seat Belt Violation.

On January 21, 2019, Mr. Colwell committed the offenses of Failure to Signal Lane Change, Driving without Proof of Insurance, Failure to Register, Failure to Display License Plates, and One Headlight Illuminated.

On May 4, 2019, Mr. Colwell committed the offenses of Driver/Front Seat Passenger Fail to Wear Properly Adjusted/Fastened Safety Belt, and Failed to Register Vehicle.

On July 7, 2019, Mr. Colwell committed the offense of Failure to Register Vehicle.

On August 21, 2019, Mr. Colwell committed the offense of Failure to Register Vehicle/License Plate Expired.

On September 10, 2019, Mr. Colwell committed the offense of False Statements, when he submitted a monthly supervision report with false employment information.

On September 15, 2019, Mr. Colwell committed Expired Plates, Failure to Register, Operating Vehicle without Front Plate, and Failure to Display Valid Vehicle Certification of Inspection.

On September 16, 2019, Mr. Colwell committed the offense of Expired License Plates.

| | |
|---|---|
| Administrative | The defendant shall report to the probation officer in a reasonable manner and frequency directed by the Court or probation officer. |

Mr. Colwell failed to submit monthly supervision reports by the 10th of each month for the following months: May 2018, August 2018, March 2019, and April 2019.

Mr. Colwell failed to submit complete written monthly supervision reports for the following months: June 2018, October 2018, and September 2019.

Mr. Colwell failed to submit a monthly supervision report for the following months: January 2019, October 2019, November 2019, December 2019, and January 2020.

**Offender Name:  Jeremy R. Colwell**
**Docket Number:  0754 3:16CR30059-001**

| | |
|---|---|
| Administrative | The defendant shall respond to all inquiries of the probation officer and follow all reasonable instructions of the probation officer. |
| | Mr. Colwell failed to follow the instructions of the probation officer in that he failed to contact the probation officer, as instructed, on the following dates: May 26, 2018; February 1, 2019; and March 13, 2019. |
| | On June 8, 2018, Mr. Colwell failed to follow the instructions of the probation officer in that he failed to meet for a scheduled home visit. |
| | Mr. Colwell failed to follow the instructions of the probation officer, in that he failed to provide documentation on the following dates: July 18, 2018; August 15, 2018; September 24, 2018; March 12, 2019; May 22, 2019; June 24, 2019. |
| | On September 14, 2018, Mr. Colwell failed to follow the instructions of the probation officer, in that he failed to secure a mental health treatment appointment. |
| | On February 26, 2019, Mr. Colwell failed follow the instructions of the probation officer, in that he failed to report to the probation office, as instructed. |
| Administrative | The defendant shall notify the probation officer prior to an expected change, or within seventy-two hours after an unexpected change, in residence or employment. |
| | On September 24, 2018, it was discovered that Mr. Colwell had a change of employment that he failed to report properly. |
| | On January 18, 2019, it was discovered that Mr. Colwell had a change of employment that he failed to report properly. |
| | On June 1, 2019, it was discovered that Mr. Colwell had a change of employment that he failed to report properly. |
| | On September 13, 2019, it was discovered that Mr. Colwell had a change of employment that he failed to report properly. |
| | On January 21, 2019, it was discovered that Mr. Colwell had a change of residence that he failed to report properly. |
| Administrative | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

**Offender Name:  Jeremy R. Colwell**
**Docket Number:  0754 3:16CR30059-001**

| | |
|---|---|
| | On November 9, 2019, Mr. Colwell had contact with the Farmington, Missouri, Police Department, which he failed to report within seventy-two hours. |
| Special | The defendant shall participate in a program of mental health treatment, which may include participation in treatment for anger management, domestic violence, cognitive skills, or other forms of therapy or counseling that may be recommended, as directed by the probation officer. This may include a mental health assessment and/or psychiatric evaluation. This may require participation in a medication regimen prescribed by a licensed practitioner, at the direction of the probation officer. The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale as directed by the probation officer. The defendant's financial obligation shall never exceed the total cost of services rendered. |
| | Mr. Colwell failed to participate in mental health treatment on: June 11, 2018; August 2, 2018; the month of September 2018; the month of October 2018; March 12, 2019; March 13, 2019; August 21, 2019; the month of November 2019; and the month of December 2019. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- ☒ revoked
- ☐ extended for * years, for a total term of * years.
- ☐ The conditions of supervision should be modified as follows:
- ☐ Other

I declare under penalty of perjury that the forgoing is true and correct.

by _____
Damon R. Selvey
United States Probation Officer

Date:  January 24, 2020

DRS/trs

This document has been reviewed and approved.

by _____

**Offender Name: Jeremy R. Colwell**
**Docket Number: 0754 3:16CR30059-001**

                                                           Jacob J. Keane
                                                          Supervisory U.S. Probation Officer

                                                          Date:  <u>January 24, 2020</u>

**Offender Name: Jeremy R. Colwell**
**Docket Number: 0754 3:16CR30059-001**

THE COURT ORDERS:

- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

s/*Nancy J. Rosenstengel*
Honorable Nancy J. Rosenstengel
Chief U.S. District Judge

January 24, 2020
Date