IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | Case No. 16-CR-30059-NJR |
| ) | |
| JEREMY R. COLWELL, ) | |
| ) | |
| DEFENDANT. ) | |

### ORDER FOR TEMPORARY DETENTION

The defendant, Jeremy R. Colwell, appeared before the undersigned on 5/10/2021 for an Initial Appearance on a Petition to Revoke Supervised Release. The matter of bond or detention was taken under advisement.

**IT IS ORDERED** that the defendant, Jeremy R. Colwell, shall be held in the custody of the United States Marshal pending the decision by the Court on the issue of bond.

**DATED: May 10, 2021**

/s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**